## AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Case #: 2:24-cv-43

**Display Technologies, LLC**

Plaintiff

**vs.**

**Activision Publishing, Inc.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint**

| | |
|---|---|
| PARTY SERVED: | **ACTIVISION PUBLISHING, INC. C/O CORPORATION SERVICE COMPANY** |
| PERSON SERVED: | **LYNANNE GARES, LITIGATION MANAGEMENT SERVICES LEADER** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **01/29/2024 at 11:15 AM** |
| ADDRESS, CITY AND STATE: | **251 LITTLE FALLS DR, WILMINGTON, DE 19808** |

Race: **White**   Sex: **Female**   Age: **50**
Height: **5'6"**   Weight: **160**   Hair: **Brown**   Glasses: **Yes**

State of **Delaware**

County of **New Castle**

SUBSCRIBED AND SWORN to before me on the
30th day of January, 2024.

_____
NOTARY PUBLIC

I declare under penalties of perjury that the information contained herein is true and correct.

_____
Michelle L. McLean

SALLY DIANA ROLDAN
MY COMMISSION EXPIRES
NOTARY PUBLIC
02-09-2025
STATE OF DELAWARE

**Malone Process Service LLC, PO Box 720040, Dallas, TX 75372 (877) 997-3783**

CLIENT: **Malone Process Service LLC**
FILE #:

Job #: **561913**