# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ACTIVISION PUBLISHING, INC.,**<br><br>Defendant. | **CIVIL ACTION NO. 2:24-cv-43** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Display Technologies, LLC, and Defendant Activision Publishing, Inc. hereby stipulate to the dismissal with prejudice of all claims of infringement that were or could have been asserted in this Action, pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:   April 15, 2024

/s/ *Randall Garteiser*
Randall Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Attorneys for Plaintiff*

/s/ *Daniel T. Shvodian*
M. Craig Tyler, TX Bar No. 00794762
CTyler@perkinscoie.com
PERKINS COIE LLP
405 Colorado Street, Suite 1700
Austin, Texas 78701
Tel. No.: (737) 256-6100

Daniel T. Shvodian, CA Bar No. 184576
DShvodian@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Tel No.: (650) 838-4300
Facsimile: (650) 838-4350
Defendant ACTIVISION PUBLISHING, INC.

*Attorneys for Defendant*

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Joint Stipulation, and counsel is agreed to the relief requested herein.

*/s/ Randall Garteiser*
Randall Garteiser

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing using the Court's Case Management and Electronic Case Filing system, which will send notification of such filing to counsel of record in this action registered with the Court's system.  Those counsel not registered with the Court's system will receive service via electronic and U.S. Mail.

*/s/ Randall Garteiser*
Randall Garteiser